U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

MAY 23 2016

TONY R. MOORE, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| JETSTREAM OF HOUSTON, L.L.P., D/B/A FS SOLUTIONS | CIVIL ACTION NO. 15-2559 |
| VERSUS | JUDGE DOHERTY |
| CAJUN PRESSURE CONTROL, L.L.P. AND KEITH DUHON | MAGISTRATE JUDGE WHITEHURST |

## JUDGMENT

This matter was referred to United States Magistrate Carol B. Whitehurst for Report and Recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Report and Recommendation of the Magistrate Judge is correct and adopts the findings and conclusions therein as its own.

Accordingly, **IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that Jetstream of Houston, L.L.P., d/b/a FS Solutions' Motion for Default Judgment Against Defendant Cajun Pressure Control, LLC [rec. doc. 10], is **GRANTED**;

**IT IS FURTHER ORDERED** that Judgment be entered against defendant Cajun Pressure Control on the Application for Credit with Federal Signal Corporation and its subsidiary companies and Personal Guarantee and Application for Credit for the sum of $117,500.61, plus contractual interest in the amount of $4,445.68 and equipment damage in the amount of $8,146.52, plus costs in the amount of $1,218.67 and attorney's fees in the amount of $8,118.00, for a total of $139,429.48.

Lafayette, Louisiana, this 23 day of May, 2016.

_____
REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE